IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JERRY MCCANTS,

    Plaintiff,

vs.                               CASE NO.: 4:09-cv-298-SPM/WCS

ROUSE, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 31). Plaintiff has been mailed a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Although Plaintiff was granted two extensions of time, no objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 31) is ***adopted*** and incorporated by reference in this order.

2.     The case is ***dismissed*** for failure to exhaust administrative remedies and failure to state a claim upon which relief may be granted.

3.     The clerk is directed to note on the docket that this case was

dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this <u>eighteenth</u> day of November, 2010.

<u>s/ Stephan P. Mickle</u>
Stephan P. Mickle
Chief United States District Judge